# Court of Appeals
# of the State of Georgia

ATLANTA,___December 09, 2015___

*The Court of Appeals hereby passes the following order:*

**A16A0179. OLEA v. THE STATE.**

Alfred Arreola Olea, a/k/a Alfred Arreola Alea, pled guilty to one count of trafficking in methamphetamine and was sentenced to fifteen years incarceration. He then filed this pro se appeal. The appeal was docketed on September 23, 2015, making the appellant's briefs and enumerations of error due on October 13, 2015. See Court of Appeals Rules 22; 23 (a). Appellant was given due notice of these facts. See Court of Appeals Rule 13.

As of this date, appellant has not filed either his enumerations of error, his brief, or a request for an extension of time in which to file the same. Accordingly, the instant appeal is hereby DISMISSED. Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,____12/09/2015____*
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*